IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNESTINE COTINOLA,

Plaintiff,

vs.

No. 1:25-cv-00558-PJK-GJF

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,

Defendant.

ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the court on its Order to Show Cause filed September 28, 2026 (ECF No. 56) and Plaintiff's Response to Order to Show Cause filed October 13, 2026 (ECF No. 57).

On August 28, 2026, this court issued a memorandum opinion and order directing Plaintiff's counsel to file a suggestion of death and to serve any known non-parties, including the successors or representatives of Plaintiff's estate. ECF No. 54 at 4–5.

On September 28, 2026, this court issued an order to show cause, ECF No. 56, why any apparent non-party representatives were not served with the suggestion of death in accordance with this court's August 28 Memorandum Opinion and Order, ECF No. 54. Plaintiff's counsel filed the Notice of Suggestion of Death on September 11, 2026 but indicated only that the suggestion of death "was served via e-mail to all attorneys of record." ECF No. 55. Because no mention was made about any non-party

representatives of the deceased, the court issued an Order to Show Cause on September 28, 2026, directing Plaintiff's counsel to show cause why any apparent non-parties were not served with the suggestion of death, or to provide proof that such service had been made. ECF No. 56.

In response to the order to show cause, Plaintiff's counsel has explained that when the Notice of Suggestion of Death (ECF No. 55) was filed, probate proceedings had not been initiated and no personal representative had been appointed for Plaintiff's estate. ECF No. 57 at 1–2. After informal probate proceedings were initiated on September 22, 2026, Plaintiff's sister, Frances Gurule, was appointed as Personal Representative of Plaintiff's estate and issued Letters Testamentary. Id. at 2, 9–11 (Order For Informal Probate of Will and Appointment of Personal Representative), 14. Plaintiff's counsel has provided the court with emails showing that Plaintiff's counsel sent the Notice of Suggestion of Death to Ms. Gurule's probate attorney (William J. Lock), who accepted service on her behalf. ECF No. 57 at 21. The court will accept this and discharge the Order to Show Cause. Plaintiff's counsel has now filed an unopposed motion to substitute Frances A. Gurule, as Personal Representative of the Estate of Ernestine Cotinola for the Plaintiff in this matter. ECF No. 58.

NOW, THEREFORE, IT IS ORDERED that the Order to Show Cause (ECF No. 56) is discharged.

DATED this 20th day of October 2026, at Santa Fe, New Mexico.

/s/ Paul Kelly, Jr.
United States Circuit Judge
Sitting by Designation